ACCEPTED
06-14-00096-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/9/2015 1:57:02 PM
DEBBIE AUTREY
CLERK

# JEFFREY W. SHELL

Attorney and Counselor at Law
2085 Berkdale Lane
Rockwall, Texas     75087
(214) 244-8480
(972) 204-6809 (Fax)
jws0566@yahoo.com

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

1/9/2015 1:57:02 PM

DEBBIE AUTREY
Clerk

January 9, 2015

Debbie Autrey, Clerk of the Court
Sixth Court of Appeals
100 N. State Line Ave., Suite 20
Texarkana, TX     75501

  RE: Cause No. 06-14-00096-CR; *Mickey Lee Bates v. The State of Texas*; in the Sixth Judicial District Court of Appeals at Texarkana

Dear Ms. Autrey:

  This is an appearance letter in the above-styled and numbered cause. Please accept this letter as notification that the undersigned attorney will make an appearance and present oral argument at 10:00 o'clock a.m., March 4, 2015 on behalf of the County and District Attorney's Office of Lamar County and the State of Texas.

  By this letter, a true and correct copy of this correspondence will be served upon all counsel of record. Thank you for your time and courteous attention to this letter.

       Sincerely,

       Jeffrey W. Shell, *Attorney Pro Tem*

JWS:bh
cc: Gary Young
   Gary L. Waite